IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NEIL L. FISHER, M.D., d/b/a PARAGON ANESTHESIA ASSOCIATES, P.A., et al.**, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | Civil Action No. **3:10-CV-2652-L** |
| **BLUE CROSS AND BLUE SHIELD OF TEXAS, INC., a Division of Health Care Service Corporation, a Mutual Legal Reserve Company**, | § § § § § § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant's Motion to Strike Untimely Expert Declaration Submitted in Response to Defendant's Motion for Summary Judgment (Doc. 286), filed June 26, 2015. Given that Defendant's Motion for Summary Judgment is ripe, the court finds that expedited briefing on this related evidentiary dispute is warranted. Accordingly, Plaintiffs' response brief is due no later than **5:00 p.m.** on **Friday, July 10, 2015.** Any reply is due no later than **5:00 p.m.** on **Wednesday, July 15, 2015.**

It is so **ordered** this **2nd day** of **July, 2015.**

_/s/ Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order - Page Solo