IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Neal L. Fisher, M.D., P.A., d/b/a Paragon Anesthesia Associates; Paragon Office Services, LLC; Paragon Ambulatory Health Resources, LLC; Paragon Ambulatory Physicians Services, P.A.; and Office Surgery Support Services, LLC, | § § § § § § § | |
| Plaintiffs and Counter-Defendants, | § § | |
| v. | § § | |
| Blue Cross Blue Shield of Texas, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, | § § § § § | No. 3:10-CV-02652-L |
| Defendant, Counter-Plaintiff, and Third-Party Plaintiff, | § § § § | |
| v. | § § | |
| Neil L. Fisher, MD a/k/a Neal Leon Fisher, MD, | § § | |
| Third-Party Defendant. | § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs, Neal L. Fisher, Neal L. Fisher, M.D., P.A., d/b/a Paragon Anesthesia Associates, Paragon Office Services, LLC, Paragon Ambulatory Health Resources, LLC, Paragon Ambulatory Physicians Services, P.A. and Office Surgery Support Services, LLC, and Defendant Blue Cross and Blue Shield of Texas, a division of Health Care Service Corporation, a Mutual Legal Reserve Company, hereby stipulate to the dismissal of all claims and counterclaims asserted in this cause with prejudice.

| | |
|---|---|
| Date: March 6, 2017 | Respectfully submitted, |

| | |
|---|---|
| */s/ F. Leighton Durham, III* | */s/ Helen E. Witt (w/ permission)* |
| F. Leighton Durham, III | Helen E. Witt (*admitted pro hac vice*) |
| (TX Bar No. 24012569) | Brian P. Kavanaugh |
| **KELLY, DURHAM & PITTARD LLP** | (TX Bar No. IL 6270046) |
| P.O. Box 224626 | **KIRKLAND & ELLIS LLP** |
| Dallas, TX 75222 | 300 North LaSalle |
| Telephone:     (214) 946-8000 | Chicago, IL  60654 |
| Facsimile:     (214) 946-8433 | Telephone:     (312) 862-2000 |
| ldurham@texasappeals.com | Facsimile:     (312) 862-2200 |
| | hwitt@kirkland.com |
| Martin E. Rose | bkavanaugh@kirkland.com |
| (TX Bar No. 17253100) | |
| Rose•Walker, L. L. P. | Andrew W. Yung |
| 3500 Maple Ave., Suite 900 | State Bar No. 00794899 |
| Dallas, TX 75219 | **YUNG KEITHLY LLP** |
| Telephone:     (214) 752-8600 | The Awalt Building |
| Facsimile:     (214) 752-8700 | 208 North Market Street, Suite 200 |
| mrose@rosewalker.com | Dallas, TX  75202 |
| | Telephone:     (214) 220-0422 |
| | Facsimile:     (214) 220-9932 |
| | andrew.yung@yungkeithly.com |
| *COUNSEL FOR PLAINTIFFS,* | *COUNSEL FOR DEFENDANT* |
| *Neal L. Fisher, M.D., P.A., d/b/a Paragon Anesthesia Associates, Paragon Office Services, LLC, Paragon Ambulatory Health Resources, LLC, Paragon Ambulatory Physicians Services, P.A. and Office Surgery Support Services, LLC* | *Blue Cross and Blue Shield of Texas, A Division of Health Care Service Corporation, A Mutual Legal Reserve Company* |

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via CM/ECF on this the 6th day of March, 2017, in accordance with the Federal Rules of Civil Procedure.

                                     */s/ F. Leighton Durham, III*
                                     F. Leighton Durham